IH-32

Rev: 2014-1

# United States District Court
for the
## Southern District of New York
### Related Case Statement

**Full Caption of Later Filed Case:**

| Plaintiff | Case Number |
|---|---|
| Laserdynamics USA, LLC | 15-cv-03658 |
| vs. | |
| Evil Angel Productions, Inc. and Echo Alpha Inc. (f/k/a John Stagliano, Inc.) | |
| Defendant | |

RECEIVED MAY 12 2015 U.S.D.C. S.D.N.Y. CASHIERS

**Full Caption of Earlier Filed Case:**

(including in bankruptcy appeals the relevant adversary proceeding)

| Plaintiff | Case Number |
|---|---|
| Laserdynamics USA, LLC | 15-cv-1629-RWS |
| vs. | |
| CINRAM Group Inc. | |
| Defendant | |

Page 1

IH-32  Rev: 2014-1

**Status of Earlier Filed Case:**

☐ Closed (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑ Open (If so, set forth procedural status and summarize any court rulings.)

Plaintiff Laserdynamics USA, LLC has filed its complaint against Defendant CINRAM Group, Inc. and has initiated formal service of process pursuant to the Hague Convention. Defendant has not yet answered.

**Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.**

Please be informed that this case (the "Evil Angel Action") is related to the co-pending action entitled LaserDynamics USA, LLC v. CINRAM Group Inc., C.A. No. 15-cv-1629 (the "CINRAM Action"). The Evil Angel and CINRAM Actions are related because they, inter alia, involve the same Plaintiff and patent owner in LaserDynamics USA, LLC, involve the same patents, and involve similar technology and accused products.

Signature: _____  Date: May 12, 2015

Firm: Kheyfits & Maloney LLP
1140 Avenue of the Americas, 9th Floor
New York, New York 10036