Exhibit C

Case 1:15-cv-03658-RWS   Document 1-6   Filed 05/12/15   Page 1 of 11

US007116629B2

(12) **United States Patent**
Kamatani

(10) **Patent No.:** **US 7,116,629 B2**
(45) **Date of Patent:** **Oct. 3, 2006**

(54) **DATA RECORDING AND REPRODUCING METHOD FOR MULTI-LAYERED OPTICAL DISK SYSTEM**

(75) Inventor: **Yasuo Kamatani**, Sagamihara (JP)

(73) Assignee: **LaserDynamics, Inc.**, (JP)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **10/328,100**

(22) Filed: **Dec. 23, 2002**

(65) **Prior Publication Data**

US 2003/0142600 A1    Jul. 31, 2003

**Related U.S. Application Data**

(60) Continuation of application No. 09/949,689, filed on Sep. 10, 2001, now Pat. No. 6,529,469, which is a continuation of application No. 09/670,890, filed on Sep. 28, 2000, now Pat. No. 6,339,568, which is a division of application No. 09/370,308, filed on Aug. 9, 1999, now Pat. No. 6,215,743, which is a continuation of application No. 08/720,531, filed on Sep. 30, 1996, now Pat. No. 5,982,723.

(51) **Int. Cl.**
*G11B 3/74* (2006.01)

(52) **U.S. Cl.** ................................. **369/275.3**; 369/275.3

(58) **Field of Classification Search** ............. 369/30.03, 369/30.04, 53.2, 53.41, 94, 275.3, 124.06, 369/124.07
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,853,915 A    8/1989  Takasago et al. ............. 369/32

(Continued)

OTHER PUBLICATIONS

DVD Forum, DVD Book Construction (www.dvdfllc.co.jp/bookcon.pdf —printed Sep. 2005). This listing of "DVD Specifications" refers to the "DVD Specification for Read-Only Disc" which may be dated as early as Aug. or Sep. 1996, through this information should not be construed as an admission that the "DVD Specification for Read-Only Disc" was "published" as of this date. Because the official DVD Specification books are available only after signing a nondisclosure agreement and paying a $5,000 fee (www.dvdfllc.co.jp/howto.htm), it is Applicant's understanding that the nondisclosure agreement provisions prohibit Applicant from submitting a copy of the DVD Specification documents. In any event, Applicant does not have a copy of the referenced DVD Specification documents. Contact DVD Format/Logo Licensing Corporation (DVD FLLC) at www.dvdfllc.co.jp for additional information.

*Primary Examiner*—Paul W. Huber
(74) *Attorney, Agent, or Firm*—Hamilton & Terrile, LLP; Michael Rocco Cannatti

(57) **ABSTRACT**

A data recording and reproducing method for an optical disk data storage system to record data compressed at different data compression rate according to an operator's specification, and to reproduce the recorded data by decompressing. According to the operator's indication, the data is recorded at certain data compression rate in indicated area. The information of the data compression rate and the recorded area is stored as a table of contents (TOC) data. The TOC data is reproduced and stored in a memory after the optical disk is loaded. The recorded data is reproduced by selecting a decoding circuit to decompress the data. The decoding circuit is selected by referring the TOC data to identify data compression rate of the recorded data. Also the TOC data is referred to identify read-in and read-out region of the recorded data. The position of a pick-up when the data recording is started and ended, is recorded as the TOC data to provide random access capability for the data reproduction.

**32 Claims, 3 Drawing Sheets**



**US 7,116,629 B2**

Page 2

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,010,539 A | 4/1991 | Terashima et al. | 369/50 |
| 5,177,728 A | 1/1993 | Otsubo et al. | 369/48 |
| 5,249,170 A | 9/1993 | Yoshimaru et al. | 369/48 |
| 5,289,451 A | 2/1994 | Ashinuma et al. | 369/58 |
| 5,315,570 A | 5/1994 | Miura et al. | 369/48 |
| 5,436,878 A | 7/1995 | Yamaguchi et al. | 369/47 |
| 5,592,450 A | 1/1997 | Yonemitsu et al. | 369/48 |
| 5,596,565 A | 1/1997 | Yonemitsu et al. | 369/275.3 |
| 5,608,715 A * | 3/1997 | Yokogawa et al. | 369/275.1 |
| 5,715,355 A | 2/1998 | Yonemitsu et al. | 386/95 |
| 5,734,787 A * | 3/1998 | Yonemitsu et al. | 386/111 |
| 5,745,643 A | 4/1998 | Mishina | 386/106 |
| 5,870,523 A | 2/1999 | Kikuchi et al. | 386/95 |
| 6,075,920 A | 6/2000 | Kawamura et al. | 386/95 |
| 6,167,189 A | 12/2000 | Taira et al. | 386/95 |
| 6,192,190 B1 * | 2/2001 | Tojo et al. | 386/109 |
| 6,370,102 B1 * | 4/2002 | Mons et al. | 369/94 |
| 6,442,334 B1 | 8/2002 | Kawamura et al. | 386/95 |

* cited by examiner

U.S. Patent

Oct. 3, 2006

Sheet 1 of 3

US 7,116,629 B2



FIG. 1



**FIG. 2**



**FIG. 3**

US 7,116,629 B2

1

## DATA RECORDING AND REPRODUCING METHOD FOR MULTI-LAYERED OPTICAL DISK SYSTEM

The application is continuation of U.S. application Ser. No. 09/949,689, filed Sep. 10, 2001, now U.S. Pat. No. 6,529,469, which is a continuation U.S. application Ser. No. 09/670,890, filed Sep. 28, 2000, U.S. Pat. No. 6,339,568, which is a divisional of U.S. application Ser. No. 09/370, 308, filed Aug. 9, 1999, now U.S. Pat. No. 6,215,743, which is a continuation U.S. application Ser. No. 08/720,531, now U.S. Pat. No. 5,982,723.

### BACKGROUND OF THE INVENTION

1. Field of the Invention

This invention relates to an optical data recording and reproducing method. More specifically, this invention relates to an optical disk recording and reproducing method which makes possible to record data encoded by different encoding circuit at different data compression rate and to reproduce the data.

2. Description of the Prior Art

Initialized by the vast increase in information that needs to be processed, optical data storage system having become very important system particularly because of their high storage density per area. Most of the recent optical information storage systems rotating single optical disk are used on which the information is digitally stored in concentric circular tracks in an ordered, predefined manner to allow chronological fast reading and fast random access to desired pits of data.

In order to accomplish even more storage capacity of optical disk systems for enormous information processing, such as video or picture communication like so called video-on-demand service, multiple disk systems have been proposed. An optical disk system equipped with two or more data layers may in theory be accessed as different disks by changing the focal point with moving lens. Example of this type of state-of-the-art include U.S. Pat. No. 5,202,875 issued Apr. 13, 1993 to Rosen et al.; Japanese Published Application, 63-276732 published Nov. 15, 1988 by Watanabe, et al.

Such a multiple disk recording and reading system is applied to varied optical disk information storage systems. For example, a digital video disk (DVD) system for home entertaining is one of the typical application. The mentioned advantage of vast storage capacity may contribute especially for video signal transmission. In order to record the video data efficiently onto the optical disk, a video data compression technique is one of the key technologies. A standardized video data compression rate has been proposed, which is called MPEG (Moving Picture Experts Group). However, for the home entertaining purposes, a more flexible function is required. The ability to record data at different data compression rates and to reproduce the recorded data, must be provided.

### 3. SUMMARY OF THE INVENTION

The present invention has for its object to provide a multi-layered optical disk recording and reproducing system which is able to record data encoded by different encoding circuits at different data compression rates and to reproduce the data by a selected decoding circuit.

The object of the present invention can be achieved by an optical data recording and reproducing method, the record-

2

ing method comprising the steps of: loading a multi-layered optical disk which has M data layers (wherein M is an integer greater than 1), receiving an operator's signal to record data on an Nth data layer of the multi-layered optical disk at a certain data compression rate (wherein N is an integer greater than 1 and not greater than M), operating a routing circuit to transmit the data to a determined encoding circuit in order to compress the data at a predetermined data compression rate, recording the data on predetermined position at the predetermined data compression rate, and rewriting table of contents (TOC) data to record data about the data compression rate of the newly recorded data.

And the object of the present invention also can be achieved by an optical data recording and reproducing method, the reproducing method comprising the steps of: loading a multi-layered optical disk, which has M data layers (wherein M is an integer greater than 1), reproducing a table of contents (TOC) data recorded in the multi-layered optical disk, storing the reproduced TOC data in a memory, receiving an operator's signal to reproduce selected data stored in the multi-layered optical disk, referring to the TOC data stored in the memory to identify the data compression rate of the selected data, and operating a routing circuit to transmit a readout signal of the selected data to the determined encoding circuit in order to decompress the selected data.

For a fuller understanding of the nature and advantages of the present invention, reference should be made to the following detailed description taken in conjunction with the accompanying drawings.

### 4. BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** shows a block diagram of an example of an optical data recording and reproducing apparatus to which the present invention can be applied;

FIG. **2** shows a flowchart for a description of an optical disk recording method of the present invention; and

FIG. **3** shows a flowchart for a description of an optical disk reproducing method of the present invention.

### 5. DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

Embodiments of the present invention will be explained with reference to the drawings.

FIG. **1** shows a block diagram of a first example of an optical data recording and reproducing apparatus to which the present invention can be applied. A digital video disk (DVD) **10** which has more than two data layers is mounted on and secured by a turntable **11** to be rotated by a spindle motor **12**. Encoded pits on the DVD **10** are read by a pickup **13** which includes a laser diode, a focusing lens, a focusing lens actuator, a tracking actuator and a photo-detector. The movement of the pick-up **13** is controlled by a focusing servo circuit **14** and a tracking servo circuit **15**.

To reproduce data encoded on the DVD **10**, the output signal from the pickup **13** is transmitted to an amplifier **16**. According to a focusing error signal, the focusing servo circuit **14** modulates the focusing lens actuator to move the focal point of the laser beam emitted from the laser diode by moving the focusing lens, to access one of the data layer of the DVD **10**. And according to a tracking error signal, the tracking servo circuit **15** modulates the tracking actuator to control position of the pickup **13**. The spindle servo circuit **17** modulates the spindle motor **12** in order to track linear velocity of the DVD **10**.

US 7,116,629 B2

3

The detected signal by the pick-up **13** is amplified by the amplifier **16**. And the amplified signal is transmitted to a data processing unit **18** which is composed of a routing switch **19**, an MPEG-2 decoder **20** and a ½ decoder **21**. The MPEG-2 decoder **20** is a standardized data encoding or decoding circuit for a Digital Video Disk (DVD), provided in order to encode a data signal for recording on the disk and to decode the read out signal for signal processing. The ½ decoder **21** is a data encoding or decoding circuit provided to encode and compress the applied data signal to half data rate of the standardized DVD format. Due to the data compression by the ½ decoder **21**, the quality of the data must be sacrificed in order to record longer data per recording area. However, it makes it possible to provide additional functionality and flexibility for the user. A set of TOC data encoded at a read-in region of the DVD **10**, must include the data indicative of the starting and ending position of each data portion, and the data compression rate of each data. The TOC data is reproduced right after the DVD is loaded, and then the each data reproduction is preceded by referring the TOC data. And the TOC data must be rewritten after new data is recorded.

The routing switch **19** is operated by a central processing unit (CPU) **22** according to the detected TOC data, which includes the data indicating the compression rate of each data to determine the appropriate decoding circuit. The TOC data is also transmitted to a servo control circuit **23** which modulates the focusing servo circuit **14**, the tracking servo circuit **15** and the spindle servo circuit **17**. The servo control circuit **23** modulates each servo circuit to access selected data according to the TOC data which indicates the data indicating the starting and ending positions of each encoded data portion. Then the decoded signal is transmitted to a signal processor **24** which transmit the reproduced data signal to any connected unit, such as a display system or sound system. The CPU **22** is operated by an operation signal from a key operating unit **26** which transmits all operating signals input by an operator. The CPU **22** also controls a display unit **25** to show the operating status of the operator.

To record data onto the DVD **10**, a portion of an input data signal is transmitted from the signal processor **24** to the chosen decoder in the data processing unit according to the operator's command. The input data signal is encoded by the selected decoder, then recorded by the pickup **13** which is driven by the each servo circuit and the servo control circuit **23**. After the new data is recorded on the DVD **10**, the TOC data is rewritten to store the data indicating the position and data compression rate of the newly recorded data.

In addition, by storing the data of read-in and readout position of the all recorded data as TOC data, a capability of quick random access to any data portion is provided for the data reproduction process. For example, in order to reproduce one data and another data continuously, the pick-up head can rapidly switch access from readout region of the first data to the read-in region of the second data, if data as to all of the read-in region's position is stored and recorded in the TOC data. In the prior art system, all of the read-in region of the data between the first and second data must be counted by detecting the readout signal. For example, in order to reproduce both a 4th data element and a 14th data element recorded on the disk, the pick-up must detect and count ten read-in regions of the data between 4th and 14th data regions by moving the pick-up all over the disk. The present invention can provide the advantage of reproducing the data continuously without timelag. The advantage may

4

contribute remarkably to the multi-layered optical disk reading systems which is equipped with more than two data layers.

FIG. **2** shows a flowchart of operation processing in a central processing unit (CPU), while recording data onto one data layer of a multi-layered optical disk. After a multi-layered optical disk which has M data layers (wherein M is an integer greater than 1) is loaded, the CPU receives an operator's signal to record data on the Nth data layer of multi-layered optical disk (wherein N is an integer greater than 1 and not greater than M). The CPU operates a servo control circuit to dispose a pick-up in order to access read-in region of the data to be recorded (Step **1**: S**1**). According to the operator's selection of a data compression rate (S**2**), the CPU operates a routing circuit to transmit the data the determined encoding circuit in order to compress the data at the selected data compression rate (S**3**). The CPU operates a servo control circuit to record the data on a predetermined position at the predetermined data compression rate (S**4**). After the data recording is completed, the CPU operates a servo control circuit to rewrite a table of contents (TOC) data to record data indicating the data compression rate of the newly recorded data (S**5**).

FIG. **3** shows a flowchart of an operation processing with reference to the CPU, while reproducing data which is recorded by the procedure described in FIG. **2**. After a multi-layered optical disk which has M data layers, wherein M is an integer greater than 1, is loaded, the CPU operates the servo control circuit to reproduce table of contents (TOC) data recorded in the multi-layered optical disk (S**11**). Then the CPU stores the reproduced TOC data in a memory (S**12**). When the CPU receives an operator's signal to reproduce certain data from the optical disk (S**13**), the CPU refers to the TOC data stored in the memory to identify the data compression rate of the selected data (S**14**). Then the CPU operates the routing switch to transmit a readout signal of the selected data to a determined encoding circuit in order to decompress the selected data (S**15**). After all of these procedures are completed, the data reproduction is started.

Although the invention has been particularly shown and described, it is contemplated that various changes and modification may be made without departing from the scope of the invention as set forth in the following claims.

What is claimed is:

**1**. An optical disk defining a multi-layered recording region and a table of contents data set region on a first data layer for all data recorded in the multi-layered recording region, the table of contents data set region storing:

first control data indicative of a data compression technique associated with data recorded in the multi-layered recording region;

second control data indicative of a location of the data recorded in the multi-layered recording region; and

third control data indicative of data layer information for the data recorded in the multi-layered recording region.

**2**. The optical disk of claim **1**, wherein the first control data in the table of contents data set is used to specify different compression rates for all data recorded in the multi-layered recording region.

**3**. The optical disk of claim **1**, wherein the second control data indicates a starting position and an ending position of the data recorded in the multi-layered recording region.

**4**. The optical disk of claim **1**, wherein the data layer information indicates whether the data layer is a recordable layer.

US 7,116,629 B2

5

**5**. The optical disk of claim **1**, wherein the table of contents data set region is stored in a read-in region of the optical disk.

**6**. An optical disk defining a multi-layered recording region and a control data region on a first data layer containing control data for all data recorded in the multi-layered recording region, the control data storing:

first control data indicative of a data compression technique associated with data recorded in the multi-layered recording region;

second control data indicative of a location of the data recorded in the multi-layered recording region; and

third control data indicative of a layer number of the data recorded in the multi-layered recording region.

**7**. The optical disk of claim **6**, wherein the control data region comprises a table of contents data set.

**8**. The optical disk of claim **6**, wherein the second control data indicates a starting position and an ending position of the data recorded in the multi-layered recording region.

**9**. The optical disk of claim **6**, wherein at least some of the control data is stored in a read-in region of the optical disk.

**10**. A multi-layered optical disk comprising a read-in region on a first data layer containing a control data set for all data layers in the optical disk, the control data set comprising:

first control data indicative of a data compression technique of recorded data stored in a recording region of the optical disk;

second control data indicative of a location of the recording region wherein the recorded data is stored; and

third control data indicative of a layer number of the recording region wherein the recorded data is stored.

**11**. The optical disk of claim **10**, wherein at least the first control data and second control data are stored in a table of contents data set region on the first data layer of the optical disk.

**12**. An optical disk defining a multi-layered recording region therein, the optical disk storing:

first control data indicative of a number of data layers of the optical disk;

second control data indicative of a layer number of the data recorded in the multi-layered recording region;

third control data indicative of a data compression technique associated with data recorded in the multi-layered recording region; and

fourth control data indicative of a location of the data recorded in the multi-layered recording region;

where at least the third and fourth control data for all data recorded in the multi-layered recording region are stored on a first data layer of the multi-layered optical disk.

**13**. The optical disk of claim **12**, where at least the third and fourth control data for all data recorded in the multi-layered recording region are stored in a table of contents data set region located on a first data layer of the multi-layered optical disk.

**14**. The optical disk of claim **12**, wherein the fourth control data indicates a starting position and an ending position of the data recorded in the multi-layered recording region.

**15**. The optical disk of claim **12**, wherein at least some of the control data is stored in a read-in region of the optical disk.

**16**. A multi-layered optical disk comprising a first data layer containing a control data set for all data layers in the optical disk, the control data set comprising:

6

first control data indicative of a data compression technique of recorded data stored in a recording region of the optical disk;

second control data indicative of a location of the recording region wherein the recorded data is stored;

third control data indicative of a number of data layers of the optical disk; and

fourth control data indicative of a layer number of the recording region wherein the recorded data is stored.

**17**. The optical disk of claim **16**, wherein at least some of the control data is stored in a read-in region of the optical disk.

**18**. An optical disk defining a multi-layered recording region and a first data layer containing a read-in region and a table of contents data set for all data layers in the optical disk, the first data layer comprising:

first control data indicative of a location of the recording region;

second control data indicative of a location of a data recording portion in the recording region;

third control data indicative of a number of data layers of the optical disk;

fourth control data indicative of a layer number of the data recording portion; and

fifth control data indicative of a data compression technique of data recorded in the data recording portion.

**19**. The optical disk of claim **18**, wherein the first control data indicative of the location of the recording region is associated with the second control data indicative of the location of the data recording portion.

**20**. A multi-layered optical disk defining a multi-layered recording region, a read-in region for the multi-layered optical disk and a table of contents region on a first data layer containing control data for all data layers of the recording region, the optical disk comprising:

first control data indicative of a location of the recording region;

second control data indicative of a location of a data recording portion in the recording region;

third control data indicative of a number of data layers of the optical disk;

fourth control data indicative of a layer number of the data recording portion; and

fifth control data region to store a data compression technique of recording data.

**21**. The optical disk of claim **20**, wherein at least the third control data is stored in the read-in region.

**22**. A digital video disk defining a multi-layered recording region and a single layer for recording compression rate and location information for all data recorded in the multi-layered recording region, the single layer comprising:

first control data indicative of a location of the recording region;

second control data indicative of a location of a data recording portion in the recording region wherein recorded data is stored;

third control data indicative of a number of data layers of the digital video disk;

fourth control data indicative of a layer number of the data recording portion wherein the recorded data is stored; and

fifth control data indicative of a data compression technique of the recorded data.

**23**. The digital video disk of claim **22**, wherein at least some of the control data is stored in a table of contents region.

US 7,116,629 B2

7

**24**. An optical disk defining a multi-layered recording region and a control data region on a first data layer containing control data for all data recorded in the multi-layered recording region, the control data comprising:

first control data indicative of a data compression technique associated with data recorded in the multi-layered recording region;

second control data indicative of a location of the data recorded in the multi-layered recording region; and

third control data indicative of a number of layers of the optical disk.

**25**. The optical disk of claim **24**, wherein the control data region comprises a table of contents data set.

**26**. The optical disk of claim **24**, wherein the second control data indicates a starting position and an ending position of the data recorded in the multi-layered recording region.

**27**. The optical disk of claim **24**, wherein at least the third control data is stored in a read-in region of the optical disk.

**28**. A multi-layered optical disk comprising a read-in region on a first data layer containing a control data set for all data layers in the optical disk, the control data set comprising:

first control data indicative of a data compression technique of recorded data stored in a recording region of the optical disk;

second control data indicative of a location of the recording region wherein the recorded data is stored; and

8

third control data indicative of a number of layers of the multi-layered optical disk.

**29**. The optical disk of claim **28**, wherein at least the first control data and second control data are stored in a table of contents data set region on the first data layer of the optical disk.

**30**. The optical disk of claim **28**, wherein at least the third control data is stored in a read-in region of the multi-layered optical disk.

**31**. A multi-layered optical disk containing a read-in region in a first data layer having a table of contents data set for a plurality of data sets stored in one or more data layers in the optical disk, where each data set is compressed at a different data compression rate, said table of contents data set comprising:

first control data indicative of a location of each stored data set;

second control data indicative of a number of data layers of the optical disk;

third control data indicative of a layer number of each stored data set; and

fourth control data indicative of a data compression technique of each stored data set.

**32**. The optical disk of claim **31**, wherein the first control data identifies a starting and ending position for each stored data set.

* * * * *