**KHEYFITS & MALONEY LLP**

A LIMITED LIABILITY PARTNERSHIP

TEL. (646) 564-3510
FAX. (212) 203-6445

1140 AVENUE OF THE AMERICAS
9TH FLOOR
NEW YORK, NEW YORK 10036

MICHAEL JAMES MALONEY
MMALONEY@KHEYFITSMALONEY.COM

WWW.KHEYFITSMALONEY.COM

September 4, 2015

**Via Facsimile**

Hon. Robert W. Sweet
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *LaserDynamics USA, LLC v. Vivid Entertainment, LLC (15-cv-3657); and LaserDynamics USA, LLC v. Evil Angel Prods., Inc., et al. (15-cv-3658)*

Dear Judge Sweet:

We represent Plaintiff LaserDynamics USA, LLC ("Plaintiff") in the above-referenced and related actions. On July 31, 2015, Plaintiff filed First Amended Complaints in each of these actions. On August 20, 2015, defendants Vivid Entertainment, LLC ("Vivid") and Evil Angel Productions, Inc. ("Evil Angel") and Echo Alpha, Inc. ("Echo Alpha")(collectively referred to as the "Evil Angel Defendants") filed motions to dismiss the First Amended Complaints. On September 3, 2015, Plaintiff filed and served papers in opposition to Vivid's and the Evil Angel Defendants' respective motions.

In the interests of judicial efficiency, the parties have now reached an agreement resolving the pending motions to dismiss without further motion practice. More specifically, Plaintiff, Vivid and the Evil Angel Defendant stipulate as follows:

(i) Plaintiff hereby dismisses without prejudice its claims in the above-referenced actions for indirect infringement and willfulness;

(ii) Vivid and the Evil Angel Defendants hereby withdraw their respective motions to dismiss (D.I. 16 in Case No. 15-cv-3657 and D.I. 21 in Case No. 15-cv-3658);

(iii) On or before September 11, 2015, Plaintiff will file Second Amended Complaints in each of the above-referenced actions, which Second Amended Complaints will assert claims for direct infringement but not claims for indirect infringement, willfulness, or injunctive relief;

(iv) On or before October 2, 2015, Vivid and the Evil Angel Defendants will answer the Second Amended Complaints; however, Vivid and the Evil Angel Defendants shall not file any motions pursuant to Fed. R. Civ. P. 12

Hon. Robert W. Sweet
Page 2 of 2
September 4, 2015

        in response to the Second Amended Complaints;

(v)     The parties further agree that each reserves their respective rights to file dispositive motions at an appropriate time later in these proceedings; and

(vi)     Nothing in this agreement shall be deemed an admission or waiver as to the sufficiency of the pleadings filed or merits of the parties' respective arguments and claims on the motions to dismiss.

        Accordingly, Plaintiff, Vivid and the Evil Angel Defendants respectfully request that the pending motions to dismiss be withdrawn and that the Court "so order" the foregoing agreement. Vivid and the Evil Angel Defendants join in this request and copies of this correspondence have been simultaneously sent to counsel for those parties.

        Respectfully,

        Michael James Maloney

cc:     Michael Selter, Esq. (via email)
       Jack Hassid, Esq. (via email)
       *Counsel for Defendant Vivid Entertainment, LLC*
       *Counsel for Defendants Evil Angel Productions,*
           *Inc., et al.*

# Michael Maloney

| | |
|---|---|
| **From:** | Michael Maloney |
| **Sent:** | Friday, September 4, 2015 8:17 PM |
| **To:** | 12128057925@rcfax.com |
| **Subject:** | RE: LaserDynamics USA, LLC v. Vivid Entertainment LLC; LaserDynamics USA, LLC v. Evil Angel Prods., Inc., et al. |
| **Attachments:** | 20150904 - Letter re Motions to Dismiss.pdf |

Dear Judge Sweet:

Please see the attached correspondence as to the following related cases:

*LaserDynamics USA, LLC v. Vivid Entertainment, LLC*, Case No. 15-cv-3657; and
*LaserDynamics USA, LLC v. Evil Angel Prods., Inc., et al.*, Case No. 15-cv-3658

Respectfully,

Michael James Maloney

cc:     Jack Hassid, Esq. (via email)
        Michael Selter, Esq. (via email)


_____

**Michael James Maloney**
**Kheyfits & Maloney LLP**
1140 Avenue of the Americas
9th Floor
New York, New York  10036
Direct Dial:  646-564-3510
Fax: 212-203-6445
www.kheyfitsmaloney.com

--
Pursuant to Treasury Regulations, any U.S. federal tax advice contained in this communication, unless otherwise stated, is not intended and cannot be used for the purpose of avoiding tax-related penalties. The information contained in this E-mail message is privileged, confidential, and may be protected from disclosure; please be aware that any other use, printing, copying, disclosure or dissemination of this communication may be subject to legal restriction or sanction. If you think that you have received this E-mail message in error, please reply to the sender. This E-mail message and any attachments have been scanned for viruses and are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened. However, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Kheyfits & Maloney LLP for any loss or damage arising in any way from its use.

# Michael Maloney

| | |
|---|---|
| **From:** | Michael Maloney |
| **Sent:** | Friday, September 4, 2015 8:18 PM |
| **To:** | Michael H. Selter; Jack Hassid |
| **Cc:** | Dmitry Kheyfits |
| **Subject:** | FW: LaserDynamics USA, LLC v. Vivid Entertainment LLC; LaserDynamics USA, LLC v. Evil Angel Prods., Inc., et al. |
| **Attachments:** | 20150904 - Letter re Motions to Dismiss.pdf |

FYI-

_____
**Michael James Maloney**
**Kheyfits & Maloney LLP**
1140 Avenue of the Americas
9th Floor
New York, New York  10036
Direct Dial:  646-564-3510
Fax: 212-203-6445

www.kheyfitsmaloney.com


--

**From:** Michael Maloney
**Sent:** Friday, September 4, 2015 8:17 PM
**To:** 12128057925@rcfax.com
**Subject:** RE: LaserDynamics USA, LLC v. Vivid Entertainment LLC; LaserDynamics USA, LLC v. Evil Angel Prods., Inc., et al.

Dear Judge Sweet:

Please see the attached correspondence as to the following related cases:

*LaserDynamics USA, LLC v. Vivid Entertainment, LLC*, Case No. 15-cv-3657; and
*LaserDynamics USA, LLC v. Evil Angel Prods., Inc., et al.*, Case No. 15-cv-3658

Respectfully,

Michael James Maloney

cc:      Jack Hassid, Esq. (via email)
         Michael Selter, Esq. (via email)


_____
**Michael James Maloney**

1

**Kheyfits & Maloney LLP**
1140 Avenue of the Americas
9th Floor
New York, New York  10036
Direct Dial:  646-564-3510
Fax: 212-203-6445
www.kheyfitsmaloney.com

--
Pursuant to Treasury Regulations, any U.S. federal tax advice contained in this communication, unless otherwise stated, is not intended and cannot be used for the purpose of avoiding tax-related penalties. The information contained in this E-mail message is privileged, confidential, and may be protected from disclosure; please be aware that any other use, printing, copying, disclosure or dissemination of this communication may be subject to legal restriction or sanction. If you think that you have received this E-mail message in error, please reply to the sender. This E-mail message and any attachments have been scanned for viruses and are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened. However, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Kheyfits & Maloney LLP for any loss or damage arising in any way from its use.

# Michael Maloney

| | |
|---|---|
| **From:** | RingCentral <service@ringcentral.com> |
| **Sent:** | Friday, September 4, 2015 8:20 PM |
| **To:** | Michael Maloney |
| **Subject:** | Fax Message Transmission Result  to +12128057925 - Sent |

## Fax Transmission Results

Here are the results of the 3-page fax you sent from your phone number **(212) 203-5399, Ext. 102**:

| **Name** | **Phone Number** | **Date and Time** | **Result** |
|---|---|---|---|
| | +12128057925 | Friday, September 04, 2015 at 08:20 PM | Sent |

*Your fax(es) included the following file(s), which were rendered into fax format for transmission:*

| **File Name** | **Result** |
|---|---|
| 20150904 - Letter re Motions to Dismiss.pdf | Success |